Form 27 - AFFIDAVIT OF SERVICE

P3855277

**STEVENSON MARINO LLP**   Jeffrey R. Maguire, Esq.
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

LISA ROSENBAUM

PLAINTIFF

- vs -

BAIS YAAKOV DRAV MEIR, ETANO

DEFENDANT

index No. **1:20-CV-04520-WFK-RER**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**MOHAMED ELAZABAWY** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **20TH** day of **OCTOBER, 2020 11:44AM** at
   **85 PARKVILLE AVENUE**
   **BROOKLYN NY 11230**
I served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon **BAIS YAAKOV DRAV MEIR** the **DEFENDANT** therein named by delivering to, and leaving personally with **Yonah Gewirtz, MANAGER AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE**   HAIR: **GREY**
APP.AGE: **60** APP. HT: **5'10** APP. WT: **180**
OTHER IDENTIFYING FEATURES

Sworn to before me this
22ND day of OCTOBER, 2020

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

MOHAMED ELAZABAWY 2037672
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-LJRS-3855277

2a

**STEVENSON MARINO LLP** Jeffrey R. Maguire, Esq.
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| LISA ROSENBAUM | |
|---|---|
| | PLAINTIFF |
| - vs - | |
| BAIS YAAKOV DRAV MEIR, ETANO | |
| | DEFENDANT |

index No. **1:20-CV-04520-WFK-RER**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**MOHAMED ELAZABAWY** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **20TH** day of **OCTOBER, 2020 11:44AM** at
**85 PARKVILLE AVENUE**
**BROOKLYN NY 11230**
I served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon **BAIS YAAKOV DRAV MEIR** the **DEFENDANT** therein named by delivering to, and leaving personally with **Yonah Gewirtz, MANAGER AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE**  HAIR: **GREY**
APP.AGE: **60** APP. HT: **5'10** APP. WT: **180**
OTHER IDENTIFYING FEATURES

Sworn to before me this
22ND day of OCTOBER, 2020

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

MOHAMED ELAZABAWY 2037672
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-LJRS-3855277

2a