# LAW OFFICE OF MARK SCHWARTZ

225 BROADWAY, SUITE 1901
NEW YORK, NEW YORK 10007
TEL. (212) 619-6275
FAX. (718) 673-9010
MARKSCHWARTZESQ@VERIZON.NET

January 18, 2021

Via Priority Mail 9405511699000111618272
JEFFREY R. MAGUIRE, ESQ
STEVENSON MARINO LLP
75 Maiden Lane Rm 402
New York, NY 10038-4846

                Re:  Case Name: Lisa Rosenbaum v. Bais Yaakov Drav Meir, et al
                    Case Number: 20-cv-4520

This office represents Defendants Bais Yaakov Drav Meir and Michael Levi in this matter.

Enclosed please find Defendants Motion to Dismiss Plaintiff's Amended Complaint Pursuant to FRCP 12(b)(6), and all supporting papers.

Thank you for your attention to this matter.

Very truly yours,

*[signature]*

MARK SCHWARTZ, ESQ.
LAW OFFICES OF MARK SCHWARTZ
*Attorney for Defendants*
BAIS YAAKOV DRAV MEIR and MICHAEL LEVI, Individually,
225 Broadway, Suite 1901
New York, New York 10007
Tel.: (212) 619-6275
Fax: (718) 673-9010
email: markschwartzesq@verizon.net

**TO:** JEFFREY R. MAGUIRE, ESQ.
STEVENSON MARINO LLP
*Attorneys for Plaintiff*
LISA ROSENBAUM
75 Maiden Lane, Suite 402
New York, New York 10038
Tel.: (212) 939-7229
Fax: (212) 531-6129
email: jmaguire@stevensonmarino.com