# EXHIBIT 6

**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE —** FederalPay is now hosting the latest publicly released PPP loan company data from the SBA (Updated September 30, 2023)

FederalPay is an independent website, and **we rely on ad revenue** to keep our site running and our information free. If this site has helped you out, please consider donating! ✕

## PPP Loan Data — Bais Yaakov D'rav Meir, *Brooklyn, NY*

**ALERT:** There are **2 PPP loans** for a total of $1.26M in our database for businesses with the name "Bais Yaakov D'rav Meir" in Brooklyn, NY. This this is typically due to the same business receiving both first and second-draw loans, but may also include similarly named but unrelated businesses, multiple branches of the same business, mistaken multiple applications, or potential fraud. Click each loan below to see full details.

**$632,962 Loan** - Non-profit Organization - *March, 2021*

85 Parkville Ave
Brooklyn, NY 11230

Lender: Cross River Bank

**$625,292 Loan** - Non-profit Organization - *April, 2020*

85 Parkville Ave.
Brooklyn, NY 11230

Lender: Cross River Bank

## Bais Yaakov Drav Meir

**Entity:** Non-profit Organization (Business legal structure)

**Industry:** Elementary and Secondary Schools

**Location:** Brooklyn, NY

 Tweet This • Search All PPP Data

Bais Yaakov Drav Meir is a non-profit organization located at 85 Parkville Ave. in Brooklyn, New York that received a Coronavirus-related PPP loan from the SBA of **$625,292.00** in April, 2020.

### $ PPP Loan Information

Loan #5041677300

**Loan Size:**

**$625,292**

**Loan Approved:**

2020-04-30

**Lender:**

**Jobs Retained:**

151

**Loan Status:**

**Paid in Full or Forgiven**

Cross River Bank

**Bais Yaakov Drav Meir** in Brooklyn, NY received a Paycheck Protection Loan of $625,292 through Cross River Bank, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in December, 2021.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

**Understanding The SBA Formula For Determining PPP Loan Eligibility**

The simplest way to describe the standard PPP calculation is that businesses are eligible to receive a maximum PPP loan of up to **2.5 x average 2019 monthly payroll costs**. However, specific calculation methods vary based on entity type and have numerous qualifications.

Read More

**Understanding Payroll Estimates Based On PPP Amount**

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Bais Yaakov Drav Meir's 2019 payroll expenses are estimated to be at least **$3M**.

Based on their reported 151 jobs retained, this equals an estimated average yearly compensation of **$19,877 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Bais Yaakov Drav Meir reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $625,292

## ⓘ Business Information - Bais Yaakov Drav Meir in Brooklyn, NY