

**Jeffrey R. Maguire,** Esq., Partner   o: (212) 939-7229   f: (212) 531-6129
a: 445 Hamilton Avenue, Suite 1500, White Plains, NY 10601
e: jmaguire@stevensonmarino.com

May 6, 2024

*Via* Electronic Mail
Mark Schwartz
Law Offices of March Schwartz
225 Broadway, Suite 1901
New York, New York 10007
markschwartzesq@verizon.net

    Re:    *Rosenbaum v. Bais Yaakov Drav Meir et al.*
             *Docket No.: 20-cv-4520-WFK-JAM*

Dear Mr. Schwartz:

    This office represents Plaintiff Lisa Rosenbaum in the above-referenced matter alleging prompt payment and retaliation claims under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") against her former employers, Bais Yaakov Drav Meir, and Michael Levi, individually (collectively as "Defendants"). Pursuant to the Court's Order dated February 15, 2024, setting a briefing schedule for the parties' respective motions for summary judgment (s*ee* Dkt. No. 40), this letter shall serve as confirmation that Plaintiff served the following papers on Defendants' counsel on this date, May 6, 2024, by 5:00 p.m.:

1) Plaintiff's Notice of Motion for Partial Summary Judgment Pursuant to Federal Rule of Civil Procedure 56;
2) Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment Pursuant to Federal Rule of Civil Procedure 56;
3) Plaintiff's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 of the Local Rules of the United States District Courts For the Eastern District of New York;
4) Declaration of Jeffrey R. Maguire, Esq. in Support of Plaintiff's Motion for Partial Summary Judgment Pursuant to Federal Rule of Civil Procedure 56;
5) Exhibits 1-14.

Pursuant the Court's Order and bundling rule, Plaintiff will file all motion papers once fully briefed.

Yours very truly,

Jeffrey R. Maguire
Stevenson Marino LLP

To: Defendants' Counsel *via* Electronic Mail and filed *via* ECF