

May 29, 2024

<u>Via ECF</u>
The Honorable William F. Kuntz, II
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Rosenbaum v. Bais Yaakov Drav Meir et al.*
            <u>Docket No.: 20-cv-4520-WFK-JAM</u>

Dear Judge Kuntz:

    We represent Plaintiff Lisa Rosenbaum in the above-referenced matter. Plaintiff writes pursuant to the Court's Individual Motion Practices and Rules, Rule III.F, to respectfully request a five-page extension of the twenty-five-page limit for Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, which seeks to dismiss Plaintiff's claims in their entirety.

    We thank the Court for its time and attention to this matter.

Dated: White Plains, New York
         May 29, 2024

                                                             Respectfully submitted,

                                                             Jeffrey R. Maguire
                                                              Stevenson Marino LLP

To: Defendants' counsel via ECF