# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 981-9587
www.jk-llp.com

July 18, 2025

**VIA ECF**
Hon. William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Rosenbaum, Lisa v. Bais Yaakov Drav Meir and Michael Levi**
**Case No. 20-cv-04520-WFK-RER**

Dear Judge Kuntz:

We represent the Defendants in the above-referenced matter. I write, with Defendants' Counsel's consent, to respectfully request an adjournment of the oral argument currently scheduled for July 28, 2025 at 10:00 a.m. due to a conflict. Plaintiff's counsel and the undersigned are both available that same date—July 28—in the afternoon. I called Your Honor's Chambers today and was informed that there is nothing on Court's calendar scheduled for that afternoon. If the Court cannot schedule something then, we respectfully request that Court reschedule the Conference to any other date/time that week, with the exception of August 1.

Respectfully submitted,

*/s/ D. Maimon Kirschenbaum*
D. Maimon Kirschenbaum